**Order filed, December 30, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00983-CV

———————

### KASE KERN, Appellant

### V.

### STONE MOVES AND OMEGA PACIFIC, INC., Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-15108**

## ORDER

The reporter's record in this case was due December 20, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cantrece Addison, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant.